360 A.2d 675

Kauffman v. Kauffman, Appellant.

Argued June 17, 1976. John A. Lord, with him High, Swartz, Roberts & Seidel, for appellant; Barry W. Kerchner, for appellee.

Order affirmed.

360 A.2d 670

Knapp, Appellant, v. Knapp et ux.

Argued June 16, 1976. John A. Metz, Jr., with him James W. Daub, for appellant; No appearance entered nor brief submitted for appellees.

OPINION PER CURIAM: Order vacated and case remanded to the court below for an adjudication in compliance with Rule 1517 of the Pennsylvania Rules of Civil Procedure.